**Order filed July 20, 2017**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00630-CV**
_____

**EMILY AND OLIVIA RICE, Appellant**

**V.**

**PEGGY EVELYN RICE, Appellee**

---

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0074518-A**

---

## O R D E R

The clerk's record was filed September 15, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the following:

- Peggy Rice's application to probate the will of decedent Raymond Paul Rice
- Emily and Olivia Rice's First Amended Contest to Probate of Will and Application for Declaratory Relief
- All pleadings on which the trial was held. *See* TEX. R. APP. P. 34.5(a)(1)
- The trial court's docket sheet. *See* TEX. R. APP. P. 34.5(a)(3)

- Any request for preparation of the clerk's record. *See* TEX. R. APP. P. 34.5(a)(10)
- Certified bill of cost. *See* TEX. R. APP. P. 34.5(a)(11)

The Galveston County Clerk is directed to file a supplemental clerk's record on or before August 4, 2017, containing the above listed items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM